```
             UNITED STATES DISTRICT COURT
                      FOR THE
                 DISTRICT OF VERMONT
```

Glenn A. Prior,                         :
    Petitioner,                         :
                                   :
        v.                                 : File No. 2:06 CV 224
                                   :
Robert Hoffman, Commissioner,           :
Vermont Department of Corrections,      :
    Respondent.                         :

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed September 17, 2007. Petitioner's objection were filed on September 25, 2007 and October 4, 2007.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989). The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations." *Id.*

After careful review of the file, the Magistrate Judge's Report and Recommendation and the objections, this Court ADOPTS the Magistrate Judge's recommendations in full.

The respondent's motion to dismiss (Paper 15) is **GRANTED** and Prior's habeas corpus petition (Paper 5), filed pursuant to 28 U.S.C. § 2254 is **DISMISSED**. In addition, Prior's motion to vacate (Paper 19), motion to dismiss illegal conviction and

1

sentencing (Paper 22), motion for appointment of counsel (Paper 10), motions for hearing (Papers 12 and 17) and motion to compel (Paper 21) are **DENIED**.

Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is **DENIED** because the petitioner has failed to make a substantial showing of denial of a federal right. Furthermore, the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which could have been resolved differently, or which deserve further proceedings. See e.g., Flieger v. Delo, 16 F.3rd 878, 882-83 (8th Cir.) cert. denied, 513 U.S. 946 (1994); Sawyer v. Collins, 986 F.2d 1493, 1497 (5th cir.), cert. denied, 508 U.S. 933 (1993).

Furthermore, it is certified that any appeal of this matter would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

THIS CASE IS CLOSED.

Dated at Burlington, in the District of Vermont, this 9th day of October, 2007.

/s/ William K. Sessions III
William K. Sessions III
Chief Judge
U.S. District Court